UNITED STATES BANKRUPTCY
COURT DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Jonathan Schwalb, Esq.
Friedman Vartolo LLP
85 Broad Street, Suite 501
New York, New York 10004
Attorney for SN Servicing Corporation
P: (212) 471-5100
Bankruptcy@FriedmanVartolo.com

Order Filed on July 1, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

Maruan Sabando
aka Murvan Sabando

Debtor(s)

Case No.    18-29988

Judge: Andrew B. Altenburg Jr.

Chapter: 13

# ORDER VACATING THE AUTOMATIC STAY AS TO REAL PROPERTY TO SECURED CREDITOR

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: July 1, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

| | |
|---|---|
| Applicant: | SN Servicing Corporation |
| Applicant's Counsel: | Friedman Vartolo LLP |
| Debtor's Counsel: | Mark Ford, Esq. |
| Property Involved("Collateral"): | 6 Thomas Avenue, Bellmawr, NJ 08031 |

THIS MATTER having been brought before the Court by and through its attorneys, Friedman Vartolo, LLP, having filed a Motion for relief from the automatic stay and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for good cause shown;

**IT IS HEREBY ORDERED** as follows:

1. Debtor must submit a complete loss mitigation application by May 24, 2019.

2. Applicant advised counsel for the debtor on May 28, 2019 that the package supplied was not complete and an incomplete letter was provided that day noting the items that were deficient. As the loss mitigation application was not a complete submission, this Order notifies all parties that Applicant is granted immediate relief from the automatic stay, without further application or Order of this Court. The fourteen (14) day stay is hereby waived pursuant to Fed. R. Bankr. Pr. 4001(a)(3).

3. If Applicant obtains stay relief. Applicant must notify Debtor's Counsel of any scheduled Sheriff Sale.

4. This Order shall be incorporated in and become part of any Order Confirming Plan in the herein matter.